UNITED STATES, Appellee

v

MICHAEL E. MADDEN, Private, U. S. Army, Appellant

18 USCMA 374, 40 CMR 86

No. 21,953

May 29, 1969

*Lieutenant Colonel Martin S. Drucker, Major John Wall Hanft,* and *Captain Howard L. Kaplus* were on the pleadings for Appellant, Accused.

*Major Edwin P. Wasinger* was on the pleadings for Appellee, United States.

## Opinion of the Court

PER CURIAM:

We granted review in this case to consider whether the accused was prejudiced by trial counsel's argument relative to the conviction of Private Lawrence.

Lawrence, a coaccused, who testified for the Government, had been previously tried and convicted. Trial counsel frequently referred to Lawrence's conviction in his argument to the court on the issue of accused's guilt. The fact of Lawrence's guilt, however, had initially been made known to the court through cross-examination by defense counsel.

The issue was before us in United States v Domenech, 18 USCMA 314, 40 CMR 26. The reasoning developed in that case is applicable here.

The decision of the board of review is affirmed.